Case No:     08 B 19204

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | **Kelley J. London** | Case No. | **08 B 19204** |
| | | Chapter | **13** |
| Property Address: | **13879 W. Trail Drive, Mettawa, IL 60048** | | |

Last four digits of any number your use to
Identify the debtor's account:         **######5151**

Court Claim No. (if known)

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**America's Servicing Company**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **01/30/2013** and filed as Docket No. **48**

## Pre-Petition Default Payments        Applicable option is checked.

■        Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐        Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: [                    ]

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

## Post-Petition Default Payments        Applicable option is checked.

■        Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐        Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: [                    ]

Attached as Schedule of Amounts Outstanding Post-petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on Schedule 2 do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this Response to Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to the Bank as of the date of the Cure Statement.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by the Bank.

Case No:      08 B 19204

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it.  Sign and print your name and your title, (if any), and state your address and telephone number if different from the notice address listed on the proof of claim.

Check the appropriate box.

□  I am the creditor          ■  I am the creditor's authorized agent  (Attach copy of power of attorney, if any.)

✘   /s/ Maria Georgopoulos                                    Date      2/19/13
      Signature

Print:        Maria Georgopoulos                              Title     Attorney for Creditor
              First Name    Middle Name    Last Name
                                                                                              14-08-20464

Company    Codilis & Associates, P.C.

Address      15W030 North Frontage Road, Suite 100
              Number              Street
              Burr Ridge          IL    60527
              City                State    ZIP Code

Telephone number:  (630) 794-5300                            email:    ND-Three@il.cslegal.com

Case No:      08 B 19204

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on February 19, 2013 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on February 19, 2013.

Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Kelley J. London, Debtor(s), 13879 W. Trail Drive, Lake Forest, IL 60045
Jon N. Dowat, Attorney for Debtor(s), 1674 Molitor Road, Unit C, Aurora, IL 60505 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF

/s/ Maria Georgopoulos

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Adam E. Codilis ARDC#6299311
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-08-20464)**

NOTE: This law firm is deemed to be a debt collector.